FILED ——— ENTERED
——— LOGGED ——— RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

OCT - 3 2018

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. GJH-18-0468** |
| | * | |
| **JANET STURMER,** | * | |
| a/k/a "Janet Rhame," | * | |
| a/k/a "Janet Burnett," | * | |
| **BRANDON ROSS,** | * | |
| a/k/a "Shaba," | * | |
| a/k/a "Shaba X," | * | |
| **SAULINA HELEN EADY,** | * | |
| **SAUL EADY,** | * | |
| **EUNICE NKONGHO,** | * | |
| a/k/a "Eunice Bisong," and | * | |
| **TROY BARBOUR,** | * | |
| | * | |
| **Defendants.** | * | |

...ooOoo...

### GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its Attorneys, Robert K. Hur, United States Attorney

for the District of Maryland and Jennifer R. Sykes, Assistant United States Attorney, moves this Honorable

Court for an Order partially unsealing the **Indictment** submitted in connection with the above-referenced

individuals. The above-mentioned individuals have been arrested or are incarcerated and therefore there is

no further need to have the Indictment remain sealed as to these defendants.

WHEREFORE, the government respectfully requests that the **Indictment**, excluding Defendants 1

and 2, along with this motion be unsealed until further notice.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____
Jennifer R. Sykes
Assistant United States Attorney

It is so ORDERED, this ___3rd___ day of October, 2018.

_____
Charles B. Day
United States Magistrate Judge